GOODSPEED AIRPORT, LLC *v.* TOWN OF EAST HADDAM

The plaintiff's petition for certification for appeal from the Appellate Court, 115 Conn. App. 438 (AC 29526), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's judgment denying the plaintiff's claim seeking classification and assessment of its property as open space?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18488.

*Kenneth Rosenthal*, in support of the petition.

*John S. Bennet*, in opposition.

Decided November 10, 2009